FILED

SEP 07 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEALED

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-CR-200-37 |
| KASJIA R. SIMMONS, | ) Title 18, United States Code, |
| | ) Section 922(a)(6) |
| Defendant. | ) |

### INDICTMENT

**COUNT 1**
(False Statement During Purchase of a Firearm)

**THE GRAND JURY CHARGES:**

On or about July 2, 2021, in Champaign County, in the Central District of Illinois,

**KASJIA R. SIMMONS,**

defendant herein, did knowingly make a false and fictitious written statement to Rural King in connection with the acquisition of a firearm being, a Glock model 23 Gen 5 .40 caliber pistol bearing serial number BSRG368, from Rural King, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive Rural King, as to a fact material to the lawfulness of such a sale and acquisition of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### (False Statement During Purchase of a Firearm)

**THE GRAND JURY CHARGES:**

On or about July 9, 2021, in Champaign County, in the Central District of Illinois,

**KASJIA R. SIMMONS,**

defendant herein, did knowingly make a false and fictitious written statement to Rural King in connection with the acquisition of firearms being, two Glock 23 .40 caliber pistols bearing serial numbers BSRE838 and BSRE847, from Rural King, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive Rural King, as to a fact material to the lawfulness of such a sale and acquisition of said firearms to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 3
### (False Statement During Purchase of a Firearm)

**THE GRAND JURY CHARGES:**

On or about July 13, 2021, in Champaign County, in the Central District of Illinois,

**KASJIA R. SIMMONS,**

defendant herein, did knowingly make a false and fictitious written statement to Rural King in connection with the acquisition of firearms being, one Glock model 22 .40 caliber pistol bearing serial number BTSG187 and one Glock model 26 nine millimeter pistol bearing serial number AFPL069, from Rural King, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive Rural King, as to a fact material to the lawfulness of such a sale and acquisition of said firearms to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 4
### (False Statement During Purchase of a Firearm)

**THE GRAND JURY CHARGES:**

On or about August 14, 2021, in Champaign County, in the Central District of Illinois,

**KASJIA R. SIMMONS,**

defendant herein, did knowingly make a false and fictitious written statement to Rural King in connection with the acquisition of firearms being, one Glock model 19 nine millimeter pistol bearing serial number BTNS528; and one Glock model 23 .40 caliber pistol bearing serial number BTSM117, from Rural King, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statement was intended and likely to deceive Rural King, as to a fact material to the lawfulness of such

a sale and acquisition of said firearms to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm.

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL.
s/FOREPERSON

FOREPERSON

s/DOUGLAS S. QUIVEY

GREGORY K. HARRIS
United States Attorney
TJS